## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:<br><br>GENESIS VENTURE LOGISTICS, L.L.C. | § § § § § § § § § | CASE NO: 20-11419<br><br>CHAPTER 7<br><br>SECTION A |
| GENESIS VENTURE LOGISTICS, L.L.C.,<br><br>    PLAINTIFF,<br><br>V.<br><br>KZM MARINE SERVICES, LLC,<br>    &<br>TOMMY B. HENRY,<br><br>    DEFENDANTS. | § § § § § § § § § § § § § § | ADV. NO. 20-1058 |
| IN RE:<br><br>LORRAINE MAE HYDE,<br><br>    DEBTOR. | § § § § § § § § | CASE NO: 20-11525<br><br>CHAPTER 11<br><br>SECTION A |
| LORRAINE MAE HYDE,<br><br>    PLAINTIFF,<br><br>v.<br><br>KZM MARINE SERVICES, LLC,<br>    &<br>TOMMY B. HENRY,<br><br>    DEFENDANTS. | § § § § § § § § § § § § § § § | ADV. NO. 20-1059 |

## ORDER

Considering the *Order To Stay Adversary Proceeding,* [ECF Doc. 53], issued on September 9, 2021, entering a stay of proceedings in the above-captioned adversary proceedings for sixty days,

**IT IS ORDERED** that a telephonic Status Conference shall be held on November 10, 2021, at 3:30 p.m. before the undersigned. The Section A dial-in information is 888-684-8852; Access Code 9318283.

New Orleans, Louisiana, October 25, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE