**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C. | § | CHAPTER 7 |
| | § | SECTION A |

| | | |
|---|---|---|
| GENESIS VENTURE LOGISTICS, L.L.C., | § | |
| PLAINTIFF, | § | ADV. NO. 20-1058 |
| V. | § | |
| KZM MARINE SERVICES, LLC, & TOMMY B. HENRY, | § | |
| DEFENDANTS. | § | |

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 20-11525 |
| LORRAINE MAE HYDE, | § | CHAPTER 11 |
| DEBTOR. | § | SECTION A |

| | | |
|---|---|---|
| LORRAINE MAE HYDE, | § | |
| PLAINTIFF, | § | ADV. NO. 20-1059 |
| v. | § | |
| KZM MARINE SERVICES, LLC, & TOMMY B. HENRY, | § | |
| DEFENDANTS. | § | |

**ORDER**

Considering the *Order To Stay Adversary Proceeding,* [ECF Doc. 53], issued on September 9, 2021, entering a stay of proceedings in the above-captioned adversary proceedings for sixty days,

**IT IS ORDERED** that a telephonic Status Conference shall be held on November 10, 2021, at 3:30 p.m. before the undersigned. The Section A dial-in information is 888-684-8852; Access Code 9318283.

New Orleans, Louisiana, October 25, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Eastern District of Louisiana

Hyde,
    Plaintiff

KZM Marine Services, LLC,
    Defendant

Adv. Proc. No. 20-01059-MSG

# CERTIFICATE OF NOTICE

| District/off: 053L-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf964 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Joshua Paul Clayton, Clayton Law Firm, LLC, 202 Village Circle, Suite No. 2, Slidell, LA 70458 UNITED STATES 70458-5418 |
| ust | + | Eliane M Archambeault, DOJ-Ust, 400 Poydras, Suite 2110, New Orleans, LA 70130-3238 |
| dft | + | KZM Marine Services, LLC, 1209 Linwood Avenue, Metairie, LA 70003-2311 |
| pla | | Lorraine Mae Hyde, 7101 Edgewater Drive, Mandeville, LA 70471-7431 |
| dft | + | Tommy B. Henry, 1209 Linwood Avenue, Metairie, LA 70003-2311 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion05.nr.ecf@usdoj.gov | Oct 26 2021 18:49:00 | Office of the U.S. Trustee, 400 Poydras Street, Suite 2110, New Orleans, LA 70130-3238 |
| ust | + | Email/Text: ustp.region21.or.ecf@usdoj.gov | Oct 26 2021 18:49:00 | United States Trustee - ORL7/13, Office of the United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801-2210 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| District/off: 053L-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf964 | Total Noticed: 7 |

| Name | Email Address |
|---|---|
| Ben E Clayton | on behalf of Plaintiff Lorraine Mae Hyde ben@claytonlawfirmllc.com |
| Benjamin E. Clayton, IV | on behalf of Plaintiff Lorraine Mae Hyde ben@claytonlawfirmllc.com |
| Harry Morse | on behalf of Defendant Tommy B. Henry harry@harrymorse.com |
| Harry Morse | on behalf of Defendant KZM Marine Services LLC harry@harrymorse.com |

TOTAL: 4