# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-11419 |
| GENESIS VENTURE LOGISTICS, L.L.C., | § § § | CHAPTER 7 |
| | § § | SECTION A |
| DEBTOR. | § | |

| | | |
|---|---|---|
| GENESIS VENTURE LOGISTICS, L.L.C., | § § § | |
| PLAINTIFF, | § § | ADV. NO. 20-1058 |
| v. | § § | |
| KZM MARINE SERVICES, LLC, & TOMMY B. HENRY, | § § § § | |
| DEFENDANTS. | § § | |

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO: 20-11525 |
| LORRAINE MAE HYDE, | § § | CHAPTER 11 |
| DEBTOR. | § § § | SECTION A |

| | | |
|---|---|---|
| LORRAINE MAE HYDE, | § § § | |
| PLAINTIFF, | § § | ADV. NO. 20-1059 |
| v. | § § | |
| KZM MARINE SERVICES, LLC, & TOMMY B. HENRY, DEFENDANTS. | § § § § § | |

1

## ORDER STAYING PROCEEDINGS

This matter came before the Court for during a telephonic status conference held on November 10, 2021.

PARTICIPATING: Joshua Paul Clayton, Counsel for the Plaintiffs
Harry Morse, Counsel for the Defendants
Fernand L. Laudumiey, Counsel for Chapter 7 Trustee in No. 20-11419

By agreement of the parties,

**IT IS ORDERED** that the above-captioned Adversary Proceedings are stayed until **February 2, 2022.**

**IT IS FURTHER ORDERED** that all deadlines in the Adversary Proceedings are stricken.

New Orleans, Louisiana, November 10, 2021.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE